IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE NICOLE SIMPSON, | |
| Plaintiff, | Case No.: 1:25-cv-13292 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff, MICHELLE NICOLE SIMPSON ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file Plaintiff's brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order in excess of 15 pages. As part of the TRO, Plaintiff seeks: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Infringing Michelle Simpson Products; (2) a temporary restraint of Defendants' assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Infringing Michelle Simpson Products and Defendants' financial accounts; and (4) service by electronic mail and/or electronic publication (collectively, the "*Ex Parte* Motion for TRO"). Plaintiff's *Ex Parte* Motion for TRO includes four (4) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is less than 25 pages, which is substantially less than the 60-page limit allowed if four motions

were filed separately. Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: November 4, 2025            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**