IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE NICOLE SIMPSON, | |
| Plaintiff, | Case No.: 1:25-cv-13292 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, November 25, 2025, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Jorge L. Alonso, of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

The call−in number is 650−479−3207 and the access code is 1804010308

DATED: November 20, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                  /s/ *Keith A. Vogt*
                                                  Keith A. Vogt