IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELE NATALE, d/b/a MICHAEL CHRISTMAS ART,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-11164

Judge John J. Tharp, Jr.

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | Atyeew |
| 4 | yaping |
| 5 | wyyeleswm |
| 6 | Gxizlba |
| 7 | YiYanTZ |
| 9 | ptinttop |
| 11 | KaFu |
| 17 | Yayadou Jewelry |
| 18 | FanYuBao |
| 19 | MFZQ |
| 45 | BBRS |
| 49 | Colorful Tribe |
| 53 | ZzHan YYa |
| 54 | SockStars |
| 55 | Jiji Warmth |
| 63 | RICWPRO |
| 80 | Naiona |
| 82 | HHMshop |

| | |
|---|---|
| 93 | Pixel Tech Prints |
| 99 | C Ladies collocation |
| 100 | A Ladies collocation |
| 105 | Zyounggg |
| 106 | Hui FengBB |

DATED: December 16, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 16, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt